MAY 29 2020 PM2:00
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR81 (RAR) |
| | VIOLATIONS: |
| v. | 18 U.S.C. §§ 2, 922(m) and 924(a)(3)(B) (Failure to Maintain Firearms Records) |
| TADEUSZ MALKOWSKI | |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Failure to Maintain Firearms Records)

On or about July 23, 2014, and for some time prior thereto, in the District of Connecticut, the defendant TADEUSZ MALKOWSKI, the sole responsible person in connection with the federal firearms license of Connecticut Machine Tool, Inc. ("CMT"), a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to maintain records and aided and abetted the failure to maintain records that CMT was required to keep pursuant to Title 18, United States Code, Section 923(g)(1)(A), in that he failed to keep complete and accurate written entries in CMT's manufacturing, acquisition and disposition records of four 1911-model handguns maintained in inventory by CMT.

In violation of Title 18, United States Code, Sections 2, 922(m) and 924(a)(3)(B).

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY